United States District Court
Southern District of Texas
**ENTERED**
May 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| **NIZAR ALI** (1)<br>**NAEEM ALI** (2)<br>**ISHAN DHUKA** (3)<br>**SAHIL KAROVALIA** (4)<br>**SAYED ALI** (5)<br>**AMER KHAN** (6)<br>**SARFAREZ MAREDIA** (7)<br>**ANABEL ELOISA GUEVARRA** (8)<br>**PRECELA SOLIS** (9)<br>**STEPHANIE HUERTA** (10)<br>**MARIA DELAROSA** (11)<br>**YOLANDA FIGUEROA** (12)<br>**CLAUDIA CALDERON** (13)<br>**VIVIANA ALVARADO** (14)<br>**LUCIA HERNANDEZ** (15)<br>**SHOAIB MAREDIA** (16) | CRIMINAL NO.: 4:25-cr-131 |

## ORDER ON AGREED MOTION TO DESIGNATE
## CASE AS COMPLEX AND FOR CONTINUANCE

On this day, the Court considered the Agreed Motion to Designate the Case as Complex and for Continuance under 18 U.S.C. § 3161(h)(7)(B)(ii), which constitutes excludable time under the Speedy Trial Act. After considering the Motion, any response, and arguments of counsel, the Motion is **HEREBY GRANTED**.

Accordingly, **IT IS ORDERED** that the above-styled and numbered cause is certified as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and the deadlines in the Scheduling Order issued previously are continued, and a revised Scheduling Order shall issue.

Dated this 21st day of May 2025.



HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE